**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA, LLC,** § | | |
| d/b/a IXO, § | | |
| § | | |
| Plaintiff, § | | |
| § | **No. 6:10cv493 LED-JDL** | |
| vs. § | | |
| § | **JURY DEMANDED** | |
| **METROPCS TEXAS, LLC, et al.,** § | | |
| § | | |
| Defendants. § | | |

## ORDER

Before the Court is Realtime Data LLC's Motion to Exclude Evidence and Testimony from Flash Employee Witnesses (Doc. No. 355). The matter has been fully briefed (Doc. Nos. 365, 369 & 389). Upon consideration of the parties' arguments, the Motion is **DENIED**.

Due to the parties' inability to work out this particular dispute, the Court **ORDERS** the depositions of Flash employees Eric Carmel, Ed Graefen, Roy Rodan, and Marcin Zablocki to occur in the undersigned's courtroom at **9 a.m. on September 24, 2012**.

**So ORDERED and SIGNED this 7th day of September, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE