IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC, d/b/a IXO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 6:10CV493 |
| v. | § | |
| | § | |
| T-MOBILE U.S.A., INC., | § | JUDGE RON CLARK |
| | § | |
| *Defendant.* | § | |
| | § | |

# **<u>VERDICT FORM</u>**

**Question No. 1: Infringement ('506 Patent)**

Do you find by a preponderance of the evidence that T-Mobile's use of the T-Mobile system containing the Flash Harmony product infringes any of the following claims of the '506 Patent? Answer "Yes" or "No" as to each claim:

Claim  93  _____NO_____

Claim  94  _____NO_____

**Please go on to Question No. 2.**

**Question No. 2: Infringement ('300 Patent)**

Do you find by a preponderance of the evidence that T-Mobile's use of the T-Mobile system containing the Flash Harmony product infringes any of the following claims of the '300 Patent? Answer "Yes" or "No" as to each claim:

Claim 23    NO

Claim 36    NO

Claim 42    NO

Claim 46    NO

Claim 59    NO

**Please go on to Question No. 3.**

**Question No. 3: Infringement ('530 Patent)**

Do you find by a preponderance of the evidence that T-Mobile's system containing the Flash Harmony product infringes any of the following claims of the '530 Patent? Answer "Yes" or "No" as to each claim:

Claim 17 _____NO_____

Claim 19 _____NO_____

Claim 21 _____NO_____

Claim 23 _____NO_____

**Please go on to Question No. 4.**

**Question No. 4: Invalidity—Obviousness ('506 Patent)**

Do you find by clear and convincing evidence that any of the following claims of the '506 Patent is invalid because it would have been obvious to a person of ordinary skill in the art in light of the combinations of references listed below? Answer "Yes" or "No" as to each claim for each combination of references.

|  | Hoffman in combination with Franaszek | Lafe in combination with Franaszek |
|---|---|---|
| Claim 93 | Yes | Yes |
| Claim 94 | Yes | Yes |

**Please go on to Question No. 5.**

5

**Question No. 5: Invalidity—Obviousness ('300 Patent)**

Do you find by clear and convincing evidence that any of the following claims of the '300 patent is invalid because it would have been obvious to a person of ordinary skill in the art in light of the combinations of references listed below? Answer "Yes" or "No" as to each claim for each combination of references.

| | Tanaka in combination with the knowledge known to a person of ordinary skill in the art | Hoffman in combination with Lafe (ONLY CLAIMS 36, 42, and 59) |
|---|---|---|
| Claim 23 | yes | ■■■■■ |
| Claim 36 | yes | yes |
| Claim 42 | yes | yes |
| Claim 46 | yes | ■■■■■ |
| Claim 59 | yes | yes |

**Please go on to Question No. 6.**

6

**Question No. 6: Invalidity—Obviousness ('530 Patent)**

Do you find by clear and convincing evidence that any of the following claims of the '530 Patent is invalid because it would have been obvious to a person of ordinary skill in the art in light of the combinations of references listed below? Answer "Yes" or "No" as to each claim for each combination of references.

|  | Dye in combination with Aakre | Hoffman in combination with Sebastian |
|---|---|---|
| Claim 17 | Yes | Yes |
| Claim19 | Yes | Yes |
| Claim 21 | Yes | Yes |
| Claim 23 | Yes | Yes |

**If you answered "Yes" to any claim listed in Question Nos. 1-3 and did not find that same claim invalid in Question Nos. 4-6, please answer Question No. 7.**

**Otherwise, please skip to the end of this verdict form and have the Foreperson initial and date in the spaces provided.**

7

**Question No. 7: Damages**

What sum of money, if any, do you find would fairly and adequately compensate Realtime for T-Mobile's conduct you found to infringe from the date of commencement through today? Answer in dollars and cents:

$_____

**Please initial and date the verdict form.**

DATE _2/11/2013_                    **INITIALS OF FOREPERSON** _BC_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC, d/b/a IXO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 6:10CV493 |
| v. | § | |
| | § | |
| T-MOBILE U.S.A., INC., | § | JUDGE RON CLARK |
| | § | |
| *Defendant.* | § | |
| | § | |

# **VERDICT FORM**