IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC, d/b/a IXO, | § § | |
| *Plaintiff*, | § § | Civil Action No. 6:10-cv-493 |
| v. | § § | JUDGE CLARK |
| T-MOBILE USA, INC., | § § | |
| *Defendant*. | § § | |

**FINAL JUDGMENT**

This matter came before the court for trial by jury between February 4, 2013 and February 11, 2013. The jury rendered a verdict in favor of Defendant T-Mobile USA, Inc. on the issues of infringement and invalidity. The court subsequently granted in part Plaintiff Realtime Data LLC, d/b/a IXO's motion for judgment as a matter of law as to certain claims on the issue of invalidity. Doc. # 662. The court hereby enters judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff Realtime Data LLC, d/b/a IXO shall TAKE NOTHING from its claims against Defendant T-Mobile USA, Inc.

IT IS FURTHER ORDERED that Claims 93 and 94 of United States Patent No. 7,161,506 and Claims 36, 42, and 59 of United States Patent No. 7,352,300 are declared INVALID.

IT IS FURTHER ORDERED that costs shall be taxed against Plaintiff. All relief not granted herein, including all pending motions, is DENIED.

So **ORDERED** and **SIGNED** this **28** day of **March, 2013.**

_____
Ron Clark, United States District Judge