# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1379, 13-1413

## REALTIME DATA, LLC (doing business as IXO),

*Plaintiff-Appellant,*

**v.**

## T-MOBILE U.S.A., INC.,

*Defendant-Cross Appellant.*

Appeal from the United States District Court for the Eastern District of Texas in No. 10-CV-0493, United States District Judge Ron Clark.

## <u>**MANDATE**</u>

In accordance with the judgment of this Court, entered March 03, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

cc: Frederick Chung
Clerk of Court, Eastern District of Texas (Tyler)
Tracey B. Davies
Thomas Joseph Friel Jr.
Carolyn V. Juarez
Josh Krevitt
Matthew J. Leary
Lori R. Mason
Wayne O. Stacy